CHRISTOPHER VAN GUNDY (SBN 152359)
cvangundy@roll.com
DANIELLE M. CRIONA (SBN 204074)
dcriona@roll.com
MICHAEL M. VASSEGHI (SBN 210737)
mvasseghi@roll.com
ROLL LAW GROUP PC
11444 West Olympic Boulevard, 10th Floor
Los Angeles, California 90064-1557
Telephone:  310-966-8400
Facsimile:   310-966-8810

Attorneys for Plaintiff
Paramount Citrus Packing Company LLC

FILED
CLERK U.S. DISTRICT COURT

MAR 2 1 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

PARAMOUNT CITRUS PACKING
COMPANY LLC a Delaware Limited
Liability Company,

            Plaintiff,

      v.

CALIFIA FARMS L.P. a California
Limited Partnership and DOES 1 through
10, inclusive,

            Defendants.

Case No. CV12-02415 R(RZx)

COMPLAINT FOR:

1) **FEDERAL TRADEMARK INFRINGEMENT 15 U.S.C. § 1114;**
2) **FEDERAL TRADEMARK INFRINGEMENT 15 U.S.C. § 1125 (A);**
3) **FEDERAL TRADEMARK DILUTION;**
4) **UNFAIR COMPETITION UNDER CALIFORNIA BUSINESS & PROFESSIONS CODE § 17200 ET SEQ.**

**DEMAND FOR TRIAL BY JURY**

COMPLAINT

Plaintiff Paramount Citrus Packing Company LLC hereby alleges as follows:

## PARTIES

1.   Plaintiff Paramount Citrus Packing Company LLC, a California limited liability company and certain of its affiliates ("Paramount"), grow, harvest and market fresh Mandarins and Clementines under the CUTIES® brand throughout the United States including in Southern California and the greater Los Angeles area.  Paramount Citrus Packing Company LLC is one of the owners of the CUTIES® trademarks.

2.   Paramount is informed and believes, and based thereon alleges, that Defendant Califia Farms, L.P. ("Califia") is a California limited partnership, located at 1095 E. Green Street, Pasadena California 91106.  Califia manufactures and distributes ready to drink bottled juice products.

3.   Paramount is not aware of the true names and capacities of the Defendants identified herein as Does 1 through 10, inclusive, and therefore fictitiously names said Defendants.   Paramount will amend this Complaint to allege the true names and capacities of these fictitiously named Defendants when their identities are ascertained.

4.   Paramount is informed and believes, and based thereon alleges, that Defendant Califia and each of the fictitiously named Doe Defendants (collectively, "Defendants") were in some manner responsible for the acts alleged herein and the harm, losses and damages suffered by Paramount as alleged hereinafter.  Paramount is also informed and believes, and based thereon alleges, that while participating in such acts, each Defendant was the agent, principal, and/or alter ego of the other Defendants, and was acting in the course and scope of such agency and/or acted with the permission, consent, authorization or ratification of the other Defendants.

5.   As described further below, Paramount is informed and believes, and based thereon alleges, that Defendants conduct business and distribute their product in California and within this Court's jurisdiction in Southern California and the greater Los Angeles area.

{061486.6}

## JURISDICTION AND VENUE

6.     This action arises, in part, under the Lanham Act, as amended, 15 U.S.C. §§ 1114 and 1125, California Business and Professions Code § 17200 et seq., and California common law.  This Court has subject matter jurisdiction over this action pursuant to 15 U.S.C. § 1121 (trademark infringement claims under the Lanham Act); 28 U.S.C. § 1331 (federal question), 28 U.S.C. § 1338 (original jurisdiction of trademark claims, or unfair competition claims related to same) and 28 U.S.C. § 1367 (supplemental jurisdiction).

7.     Paramount is informed and believes, and based thereon alleges, that venue is proper in this District pursuant to 28 U.S.C. Sections 1391(b) and 1391(c) because a substantial part of the events giving rise to the claims occurred in this District. Additionally, Paramount is informed and believes, and based thereon alleges, that the Court has personal jurisdiction over Defendants because Defendants conduct their ordinary business activities in this District and have focused a substantial portion of their unlawful conduct in Los Angeles County within this District.

## FACTUAL ALLEGATIONS COMMON TO ALL CLAIMS

### I.     THE CUTIES® BRAND

8.     Plaintiff Paramount Citrus Packing Company LLC is one of the registered owners of the CUTIES trademarks at issue.   For years Paramount has been in the business of growing and marketing fresh Clementines and Mandarins in connection with the highly distinctive and premium CUTIES® brand.  Paramount currently grows its Clementines and Mandarins on approximately 12,000 acres of citrus orchards located in the San Joaquin Valley in California.

9.     Paramount uses numerous trademarks in interstate commerce in connection with the marketing of its Clementines and Mandarins, many of which are registered with the United States Patent and Trademark Office ("USPTO").  These registrations include:

a. CUTIES (Reg. No. 2,608,239);

b. CUTIES & Design (New Logo) (Reg. No. 3,727,426);

c. CUTIES (Character) (Reg. No. 2,618,957);

d. CUTIES (Character) (New) (Registration No. 3,756,807);

e. CUTIES CALIFORNIA CLEMENTINES & Design (Reg. No. 2,884,674);

f. CUTIES CALIFORNIA CLEMENTINES & Design (New label) (Reg. No. 3,681,626);

g. CUTIES CALIFORNIA CLEMENTINES EZ PEEL SEEDLESS & Design (Reg. No. 2,969,464);

h. CUTIES CALIFORNIA MANDARINS (Reg. No. 3,318,343);

i. CUTIES CALIFORNIA MANDARINS & Design (Reg. No. 3,681,627);

j. CUTIES FROM CALIFORNIA & Design (Reg. No. 3,681,625). These marks shall be collectively referred to as the "CUTIES Marks."

10.     The CUTIES Marks are valid, subsisting and are owned by Paramount. Moreover, Reg. No. 2,618,957 is incontestable in accordance with 15 U.S.C. §§ 1064 and 1115(b).  Attached as Exhibit A are the registration certificates for the above-referenced CUTIES Marks.

11.     The CUTIES Marks have changed ownership over time.  Attached as Exhibit B is the Trademark Assignment Abstract of Title for each CUTIES Mark indicating that each is co-owned by Paramount.

12.     Defendants had constructive notice of Paramount's rights in its federally registered trademarks under 15 U.S.C. Section 1072 which states "Registration of a mark on the principal register provided by this Act or under the Act of March 3, 1981, or the Act of February 20, 1905, shall be constructive notice of the registrant's claim of ownership thereof."

13.     The CUTIES® character has been used in connection with Clementine and Mandarin citrus fruit since 2001.

14.     In 2008, Paramount developed an "updated" CUTIES® character and, in November 2008, Clementine and Mandarin citrus fruit was being sold with this "updated" character.

15.     In addition to being inherently distinctive, the CUTIES Marks have acquired distinctiveness through secondary meaning, whereby the consuming public and those in the trade associate these features with Paramount.

16.     CUTIES® is a premium brand.  Not every Clementine or Mandarin  grown and harvested is used for the CUTIES® brand – the brand is characterized by high quality fruit in terms of size, taste, appearance and juice quality.  CUTIES® are sweet tasting, easy to peel and are also seedless because of natural farming practices. CUTIES® Clementines and Mandarins also meet a minimum sugar-to-acid ratio that is higher than industry standards.

17.     Moreover, an experienced field evaluation team continually measures the fruits' internal and external characteristics such as size, color and sugar-to-acid ratios throughout the season.  Mandarins and Clementines used for the CUTIES® brand are harvested at the optimal point of maturity.  Once the fruit arrives at the packinghouse, there are multiple inspections, including state-of-the-art technology, to test the quality of the fruit.

18.     CUTIES® brand citrus is well known and famous.  CUTIES® has become one of the best selling brands of Mandarins and Clementines in the United States, with sales of approximately $300 million in the last decade.  There is substantial goodwill built in connection with the CUTIES® brand both in the United States and other countries such as Canada, Mexico, Japan, Australia and Korea.

19.     As a result of Paramount's marketing efforts, the CUTIES® brand enjoys strong sales.  The brand is sold to grocery, gourmet food, health food, and other specialty stores.

20.    Millions of dollars have been spent in the marketing, advertising, sales and promotion of the CUTIES® brand, making it a leading brand in the citrus industry. Since 2009 alone, Paramount has invested approximately $18 million in marketing and promoting the CUTIES® brand.   A sizable portion of this investment was for television commercials.

21.    Television commercials for the CUTIES® brand were featured on popular networks such as ABC, CBS, NBC, FOX, Lifetime Networks, The Learning Channel, Oprah Winfrey Network, Animal Planet, Food Network, Cooking Channel, HGTV, TBS, Oxygen and Bravo.  These commercials aired during such highly popular shows as Iron Chef America, Big Bang Theory, New Girl, Good Morning America, Grey's Anatomy, Modern Family, Amazing Race, Biggest Loser, Raising Hope, The X Factor and many others.

22.    The CUTIES Marks are widely recognized as an indicator of Paramount's high-quality Clementine and Mandarin citrus products.

23.    Further, as a result of its wide-ranging circulation and exposure, the CUTIES Marks are also widely recognized as a source-identifier of Paramount's product.

24.    Paramount has been careful, skillful and diligent in conducting its business and maintaining uniform standards of high quality in its goods and services.  As a result of these efforts, the CUTIES Marks have acquired a high public acceptance and an excellent reputation, thereby creating a very valuable public goodwill that inures to Paramount's benefit.

## II.    OWNERSHIP HISTORY OF THE CUTIES® MARKS

25.    Paramount developed and was initially the sole owner of the CUTIES Marks.

26.    Paramount subsequently transferred a 50% ownership interest in the CUTIES Marks to another entity, Sun Pacific Shippers, L.P. ("Sun Pacific").  In 2008, Paramount and Sun Pacific transferred their respective interests in the CUTIES Marks

to an entity called Maricopa Packers, L.P. ("Maricopa").   Paramount and Sun Pacific and its affiliates each own, respectively, a 50% ownership interest in Maricopa.

27.    On or about May 2011, Maricopa transferred its ownership interests in the CUTIES Marks back to Paramount and Sun Pacific.  Paramount Citrus Packing Company LLC and Sun Pacific currently remain the registered co-owners of the CUTIES Marks with the USPTO.

28.    Subsequent to May 2011, Paramount and Sun Pacific gave Maricopa an exclusive license of the CUTIES Marks, which license remains in effect.

### III.    SUB-LICENSE TO CALIFIA

29.    Upon information and belief, sometime in 2010, Sun Pacific or one of its affiliates purported to grant Califia a verbal sub-license for Califia to use several of the CUTIES Marks in connection with Califia's marketing and sales of Califia's bottled juice products.  As one of the partners/owners of Maricopa, the then registered owner of the CUTIES Marks, Paramount, entered into negotiations over the sub-license of the CUTIES Marks to Califia with Sun Pacific or its affiliates

30.    Paramount initially consented to the sub-license so long as 1) Califia provided assurance that its product bottle utilizing the CUTIES Marks complied with applicable Food and Drug Administration requirements; 2) Califia's product label followed guidelines so as to prevent any potential consumer confusion issues; 3) Paramount pre-approved all labeling and marketing materials; and 4) Califia executed a written license agreement between Maricopa and Califia.

31.    On or about June 1, 2011, Paramount agreed to Sun Pacific's verbal agreement to give Califia the sub-license, however this was with the understanding that the conditions set forth above would be met.

32.    After approximately one year under this verbal license arrangement, Califia had failed to sign a written license agreement with Maricopa and has otherwise not complied with the conditions.

{061486.6}                                   - 6 -

COMPLAINT

33.     On or about March 2012, Paramount gave Sun Pacific and its affiliates notice that it was withdrawing its consent to this verbal license, and demanded that Califia sign a written license agreement with Maricopa.  To date, Califia has failed to sign any written license agreement.

34.     Despite Paramount's demands that Califia stop using the CUTIES Marks, Califia continues to manufacture and sell ready to drink fruit juice products labeled with the CUTIES Marks ("the Infringing Cuties Juice").

35.     Notwithstanding Paramount's rights in the CUTIES Marks, and with notice of Paramount's rights, Defendants continue to, intentionally and wilfully advertise, distribute, and sell the Infringing Cuties Juice products which cause a likelihood of confusion and a likelihood of dilution, thereby infringing and diluting the CUTIES Marks.  Paramount has never authorized or consented to any such further use by Defendants of the CUTIES Marks subsequent to revoking Califia's license.

## FIRST CLAIM FOR RELIEF

### (Trademark Infringement Pursuant to 15 U.S.C. § 1114)

36.     Paramount incorporates by reference Paragraphs 1 through 35 above as though fully set forth herein.

37.     Defendants' Infringing Cuties Juice infringes and dilutes the CUTIES Marks because Califia's products use the CUTIES Marks without permission.

38.     Defendants' imitation, copying, and unauthorized use in commerce of Paramount's federally registered trademarks is likely to cause confusion, mistake, or to deceive the consuming public and trade by creating the erroneous impression that Defendants' products have been manufactured, approved, sponsored, endorsed, or guaranteed by, or are in some way affiliated with Paramount.

39.     The imitation, copying, and unauthorized use of the CUTIES Marks cause irreparable injury to Paramount, including injury to its business reputation and the goodwill associated with the CUTIES Marks.

40. By reason of the foregoing, Defendants have infringed Paramount's trademarks and have violated, and are continuing to violate, 15 U.S.C. Section 1114.

41. Paramount has no adequate remedy at law for these injuries. Moreover, unless Defendants are restrained by this Court from continuing this imitation, copying and unauthorized use of the CUTIES Marks, these injuries will continue to occur. Paramount is entitled to an injunction restraining Defendants, their officers, agents, distributors and employees, and all persons acting in concert with them, from engaging in such further acts in violation of 15 U.S.C. Section 1116.

42. By reason of Defendants' willful acts of trademark infringement, Paramount is entitled to damages it has sustained and will sustain, and to have those damages trebled pursuant to 15 U.S.C. Section 1117.

43. This is an exceptional case making Paramount eligible for an award of attorneys' fees under 15 U.S.C. Section 1117.

44. Paramount is further entitled to recover from Defendants any gains, profits and advantages unfairly obtained by Defendants as a result of their acts of infringement alleged herein. At present, the amount of any gains, profits and advantages cannot be fully ascertained by Paramount. Paramount is unable to ascertain the full extent of the monetary damages suffered by reason of Defendants' acts at this time.

## SECOND CLAIM FOR RELIEF

### (Trademark Infringement and False Designation of Origin
### Pursuant to 15 U.S.C. § 1125(a))

45. Paramount incorporates by reference Paragraphs 1 through 44 above as though fully set forth herein.

46. Defendants' Infringing Cuties Juice infringes and dilutes the CUTIES Marks and Defendants are falsely designating the origin of their brand because their product uses Paramount's CUTIES Marks without permission, which is likely to cause confusion, mistake, and deception with respect to the CUTIES Marks.

47.   Defendants' use of the infringing trademarks has confused and is likely to continue to cause confusion or to cause mistake, or to deceive the consuming public into believing that Defendants' goods or services are authorized, sponsored or approved by or are affiliated with Paramount's CUTIES® brand.

48.   These acts constitute trademark infringement of the CUTIES Marks and false designation of origin in violation of 15 U.S.C. Section 1125(a), entitling Paramount to relief.

49.   By reason of Defendants' acts, Paramount is, and will continue to be, irreparably harmed if Defendants' conduct is not enjoined.  Paramount's remedy at law is not adequate to compensate it for the injuries inflicted, and Paramount is therefore entitled to injunctive relief pursuant to 15 U.S.C. Section 1116.

50.   The above-described acts of Defendants have irreparably harmed and, if not enjoined, will continue to irreparably harm the general public, which has an interest in being free from confusion, mistake and deception.

51.   Defendants have unfairly profited from the actions alleged and Paramount is therefore entitled to recover from Defendants the damages sustained as a result of Defendants' acts in violation of 15 U.S.C. Section 1125(a).  At present, Paramount is unable to ascertain the full extent of the monetary damages suffered by reason of Defendants' acts.

52.   Further, because of the willful nature of Defendants' acts, Paramount is entitled to damages and to have those damages trebled pursuant to 15 U.S.C. Section 1117.

53.   This is an exceptional case making Paramount eligible for an award of attorneys' fees pursuant to 15 U.S.C. Section 1117.

## THIRD CLAIM FOR RELIEF

### (Federal Trademark Dilution Pursuant to 15 U.S.C. § 1125(c))

54.   Paramount incorporates Paragraphs 1 through 53 above as though set forth fully herein.

55.   The CUTIES Marks are inherently distinctive and famous under 15 U.S.C. Section 1125(c).

56.   Califia's use of Paramount's inherently distinctive and famous CUTIES Marks in commerce began after the marks became famous.

57.   Califia's conduct causes and will continue to cause dilution of the distinctive quality of the famous CUTIES Marks.

58.   Califia's conduct is the result of willful and wanton disregard of Paramount's established and superior rights.  Califia adopted, used and continues to use Paramount's trademarks, despite having been put on notice and with full knowledge of Paramount's superior rights, and without authorization.  Paramount has suffered, and will continue to suffer, irreparable injury as a result of Califia's unlawful actions and has no adequate remedy at law.

59.   By reason of Califia's acts, Paramount is, and will continue to be, irreparably harmed if Califia is not enjoined.  Paramount's remedy at law is not adequate to compensate it for the injuries inflicted, and Paramount is therefore entitled to entry of injunctive relief pursuant to 15 U.S.C. Section 1125(c).

60.   Califia has unfairly profited from the actions alleged, and Paramount is therefore entitled to recover from Califia the damages sustained as a result of Califia's acts in violation of 15 U.S.C. Section 1125(c).  Paramount is at present unable to ascertain the full extent of the monetary damages suffered by reason of Califia's acts, but Paramount is informed and believes, and based thereon alleges, that it has sustained damages.

61.   Further, because of the willful nature of Califia's acts, Paramount is entitled to damages, and that those damages should be trebled pursuant to 15 U.S.C. Sections 1125(c) and  1117.

62.   This is an exceptional case making Paramount eligible for an award of attorney fees pursuant to 1555 U.S.C. Sections 1125(c) and 1117.

## FOURTH CLAIM FOR RELIEF

### (Violation of California Unfair Competition Pursuant to
### Cal. Bus. & Prof. Code Sections 17200, 17500 et seq.)

63.     Paramount incorporates by reference Paragraphs 1 through 62 above as though fully set forth herein.

64.     Califia's willful, knowing and unauthorized use of infringing promotional and advertisement used to offer goods for sale, causing confusion as to the source of the goods and causing harm to Paramount's goodwill, consist of untrue and misleading statements and constitute an unlawful appropriation of Paramount's proprietary rights.

65.     By selling its goods using infringing promotional material, Califia is in violation of Paramount's proprietary rights thereby constituting unfair competition as such acts constitute unlawful, unfair, deceptive and/or fraudulent trade practices and unfair competition in violation of California Business & Professions Code Sections 17200, 17500 et seq.  The predicate acts comprising Califia's unlawful, unfair, deceptive and/or fraudulent trade practices or acts include, but are not limited to, the violations of law more fully set forth herein.

66.     As a direct and proximate result of Califia's wrongful conduct, Paramount has suffered injury in fact, which includes damage to Paramount's goodwill with its existing, former and potential customers, and actual confusion between Califia's product advertising and Paramount's products and advertising.

67.     These wrongful acts have proximately caused and will continue to cause Paramount substantial injury, including dilution of goodwill, confusion of existing and potential customers, injury to reputation, and diminution of the value of Paramount's products, and the goodwill associated therewith.  The harm these wrongful acts will cause to Paramount is both imminent and irreparable, and the amount of damage sustained by Paramount will be impossible to ascertain if these acts continue.  As such, Paramount has no adequate remedy at law.

68.     Pursuant to California Business & Professions Code Section 17203, Califia

{061486.6}

- 11 -

is required to disgorge and restore to Paramount all profits and property acquired by means of Califia's unfair competition with Paramount.

69. Pursuant to California Business & Professions Code Section 17203, Paramount is also entitled to a preliminary and permanent injunction restraining Califia, its respective officers, agents, employees, distributors and all persons acting in concert with them, from engaging in further such unlawful conduct.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Paramount Citrus Packing Company LLC prays for judgment against Defendants as follows:

1. That the Court enter judgment against each Defendant that:

    a. Defendants infringed the rights of Paramount in their federally registered trademarks in violation of 15 U.S.C. Section 1114;

    b. Defendants infringed the rights of Paramount in the CUTIES Marks in violation of 15 U.S.C. Section 1125;

    c. Defendants engaged in unfair competition and deceptive acts and practices in violation of California Business & Professions Code Sections 17200, 17500, et seq.; and

2. That the Court enter judgment against each Defendant that the above acts, 1(a)-(b), were willful and intentional, making this an exceptional case.

3. That the Court issue a preliminary and permanent injunction enjoining and restraining Defendants and their agents, servants, employees, successors, assigns and all other persons acting in concert or in conspiracy with or affiliated with Defendants from:

    a. Engaging in any infringing activity including advertising, promoting, marketing, franchising, distributing, selling, and offering for sale any goods or services in connection with the infringing product identified herein or any product or mark similar to the CUTIES Marks in any media, whether in person, in print or by electronic means including but not limited to newspapers, magazines, bus shelters, billboards as well as via the Internet, including but not limited to, company websites, promotional

1  websites, social media websites, YouTube or other video-related websites, blogs, email,
2  SMS and the like.

3          b.      Requiring Defendants to deliver up to Paramount for destruction any
4  and all packaging, advertising and promotional materials in Defendants' possession,
5  custody or control which contain the infringing products, marks, and/or designs.

6      4.    That the Court issue an Order at the conclusion of the present matter that
7  all infringing products be recalled, seized, impounded and destroyed.

8      5.    That Paramount be awarded damages for Defendants' trade mark
9  infringement, and for unfair competition under California common law.

10     6.    That Paramount be awarded all profits and restitution resulting from
11 Defendants' infringement of Paramount's rights and by means of Defendants' unfair
12 competition with Paramount.

13     7.    That Defendants be ordered to account for and disgorge to Paramount all
14 amounts by which Defendants have been unjustly enriched by reason of the unlawful
15 acts complained of.

16     8.    That damages resulting from Defendants' infringement under the Lanham
17 Act be trebled due to Defendants' willfulness in accordance with the provisions of 15
18 U.S.C. Section 1117.

19     9.    That Paramount be awarded exemplary or punitive damages in an amount
20 appropriate to punish Defendants and to make an example of the Defendants to the
21 community.

22     10.   That, at Paramount's election, Paramount be awarded an amount sufficient
23 to reimburse Paramount for the costs of corrective advertising.

24     11.   For pre-judgment interest on all infringement and other appropriate
25 damages.

26     12.   That the Court award Paramount its reasonable attorneys' fees pursuant to
27 15 U.S.C. § 1117, 17 U.S.C. Section 505, California law, and any other applicable
28 provision of law.

13.     That the Court award Paramount its costs of suit incurred herein.

14.     For such other or further relief as the Court may deem just and proper.

Dated: March 21, 2012                    ROLL LAW GROUP, P.C.


                                    By: _____
                                         CHRISTOPHER VAN GUNDY
                                         DANIELLE M. CRIONA
                                         MICHAEL M. VASSEGHI
                                         *Attorneys for Plaintiff*
                                         Paramount Citrus Packing Co. LLC

## DEMAND FOR JURY TRIAL

Plaintiffs hereby demand a jury trial in connection with this action.

Dated:  March 21, 2012                     ROLL LAW GROUP, P.C.


                                           By: _____
                                               CHRISTOPHER VAN GUNDY
                                               DANIELLE M. CRIONA
                                               MICHAEL M. VASSEGHI
                                               *Attorneys for Plaintiff*
                                               Paramount Citrus Packing Co. LLC

# EXHIBIT A

{053665.1}

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

## United States Patent and Trademark Office

Reg. No. 2,608,239

Registered Aug. 13, 2002

## TRADEMARK
### PRINCIPAL REGISTER

## CUTIES

PARAMOUNT CITRUS PACKING COMPANY (PARTNERSHIP)
11444 W. OLYMPIC BLVD.
10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-19-2001; IN COMMERCE 11-19-2001.

SN 76-241,742, FILED 4-16-2001.

INGRID C. EULIN, EXAMINING ATTORNEY

# United States of America
## United States Patent and Trademark Office



**Reg. No. 3,727,426**  MARICOPA PACKERS, L.P. (CALIFORNIA PARTNERSHIP)
Registered Dec. 22, 2009   11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Int. Cl.: 31**  FOR: FRESH CITRUS FRUITS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-3-2008; IN COMMERCE 11-8-2008.

**TRADEMARK**
**PRINCIPAL REGISTER**  OWNER OF U.S. REG. NOS. 2,884,674, 3,318,343 AND OTHERS.

THE MARK CONSISTS OF THE WORDS "CUTIES" AND AN ANTHROPOMORPHIC CITRUS
FRUIT WITH A ZIPPER ON THE PEEL.

SER. NO. 77-622,069, FILED 11-25-2008.

GINA HAYES, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

Exhibit A Page 17

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

United States Patent and Trademark Office

Reg. No. 2,618,957
Registered Sep. 10, 2002

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT CITRUS PACKING COMPANY
   (PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

   FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1
AND 46).

FIRST USE 11-19-2001; IN COMMERCE 11-19-2001.

SN 76-279,468, FILED 7-2-2001.

DARRYL SPRUILL, EXAMINING ATTORNEY

# United States of America

## United States Patent and Trademark Office



**Reg. No. 3,756,807**  MARICOPA PACKERS L.P. (CALIFORNIA LIMITED PARTNERSHIP)
Registered Mar. 9, 2010  11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

**Int. Cl.: 31**  FOR: FRESH CITRUS FRUIT, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-3-2008; IN COMMERCE 11-3-2008.

**TRADEMARK**
**PRINCIPAL REGISTER**  THE MARK CONSISTS OF AN ANTHROPOMORPHIC CITRUS FRUIT WITH A ZIPPER ON
THE PEEL.

SER. NO. 77-672,955, FILED 2-18-2009.

PATRICIA EVANKO, EXAMINING ATTORNEY



*David J. Kappos*

Director of the United States Patent and Trademark Office

**Exhibit A Page 19**

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 2,884,674
Registered Sep. 14, 2004

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT CITRUS PACKING COMPANY
(CALIFORNIA PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-19-2001; IN COMMERCE 11-19-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE "CALIFORNIA CLEMENTINES", APART FROM THE MARK AS SHOWN.

SN 76-296,711, FILED 8-7-2001.

INGRID C. EULIN, EXAMINING ATTORNEY

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,681,626
Registered Sep. 8, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**



MARICOPA PACKERS, L.P. (CALIFORNIA LIM-
ITED PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1
AND 46).

FIRST USE 10-0-2006; IN COMMERCE 10-0-2006.

OWNER OF U.S. REG. NOS. 2,608,239, 2,969,464,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CALIFORNIA CLEMENTINES",
"EZ PEEL", "SEEDLESS", AND "SUPER SWEET",
APART FROM THE MARK AS SHOWN.

SN 78-969,984, FILED 9-8-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Exhibit A Page 21

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 2,969,464
Registered July 19, 2005

## TRADEMARK
### PRINCIPAL REGISTER



PARAMOUNT CITRUS PACKING COMPANY (CALIFORNIA PARTNERSHIP)
11444 WEST OLYMPIC BOULEVARD, 10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1 AND 46).

FIRST USE 11-19-2001; IN COMMERCE 11-19-2001.

NO CLAIM IS MADE TO THE EXCLUSIVE RIGHT TO USE CALIFORNIA CLEMENTINES AND EASY PEEL AND SEEDLESS, APART FROM THE MARK AS SHOWN.

SER. NO. 76-579,351, FILED 3-3-2004.

HOWARD B. LEVINE, EXAMINING ATTORNEY

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**    Reg. No. 3,318,343
                                                  Registered Oct. 23, 2007

**TRADEMARK**
**PRINCIPAL REGISTER**

CUTIES CALIFORNIA MANDARINS

PARAMOUNT CITRUS PACKING COMPANY
    (CALIFORNIA PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

    FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1
AND 46).

    FIRST USE 2-1-2006; IN COMMERCE 2-1-2006.

    THE MARK CONSISTS OF STANDARD CHAR-
ACTERS WITHOUT CLAIM TO ANY PARTICULAR
FONT, STYLE, SIZE, OR COLOR.

OWNER OF U.S. REG. NOS. 2,608,239, 2,884,674,
AND 2,969,464.

    NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CALIFORNIA MANDARINS",
APART FROM THE MARK AS SHOWN.

    SER. NO. 78-969,972, FILED 9-8-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

**Exhibit A Page 23**

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,681,627

Registered Sep. 8, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**



MARICOPA PACKERS, L.P. (CALIFORNIA LIM-
ITED PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUITS, IN CLASS 31 (U.S. CLS. 1
AND 46).

FIRST USE 11-0-2001; IN COMMERCE 11-0-2001.

OWNER OF U.S. REG. NOS. 2,608,239, 2,969,464,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "CALIFORNIA MANDARINS", "EZ
PEEL", "SEEDLESS", AND "SUPER SWEET", APART
FROM THE MARK AS SHOWN.

SN 78-969,988, FILED 9-8-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

Exhibit A Page 24

Int. Cl.: 31

Prior U.S. Cls.: 1 and 46

**United States Patent and Trademark Office**

Reg. No. 3,681,625
Registered Sep. 8, 2009

**TRADEMARK**
**PRINCIPAL REGISTER**



MARICOPA PACKERS, L.P. (CALIFORNIA LIM-
ITED PARTNERSHIP)
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

FOR: FRESH FRUIT, IN CLASS 31 (U.S. CLS. 1
AND 46).

FIRST USE 11-0-2001; IN COMMERCE 11-0-2001.

OWNER OF U.S. REG. NOS. 2,608,239, 2,969,464,
AND OTHERS.

NO CLAIM IS MADE TO THE EXCLUSIVE
RIGHT TO USE "FROM CALIFORNIA", "EZ PEEL",
"SEEDLESS", AND "SUPER SWEET", APART FROM
THE MARK AS SHOWN.

SN 78-969,981, FILED 9-8-2006.

JENNIFER MARTIN, EXAMINING ATTORNEY

# EXHIBIT B

USPTO Assignments on the Web                                    Page 1 of 2

 **United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz
alerts | News | Help 

## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

## Total Assignments: 2
**Serial #:** 76241742  **Filing Dt:** 04/16/2001     **Reg #:** 2608239   **Reg. Dt:** 08/13/2002
**Registrant:** Paramount Citrus Packing Company
**Mark:** CUTIES

## Assignment: 1
**Reel/Frame:** 3875/0686  **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** PARAMOUNT CITRUS PACKING COMPANY        **Exec Dt:** 10/01/2008
                                                     **Entity Type:** GENERAL
                                                                      PARTNERSHIP
                                                     **Citizenship:** CALIFORNIA

**Assignee:** MARICOPA PACKERS, L.P.                 **Entity Type:** LIMITED
           1601 EAST OLYMPIC BLVD., SUITE 105                         PARTNERSHIP
           LOS ANGELES, CALIFORNIA 90021             **Citizenship:** CALIFORNIA

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
               11444 W. OLYMPIC BLVD., 10TH FLOOR
               LOS ANGELES, CA 90064

## Assignment: 2
**Reel/Frame:** 4551/0553  **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MARICOPA PACKERS, L.P.                 **Exec Dt:** 05/31/2011
                                                     **Entity Type:** LIMITED
                                                                      PARTNERSHIP
                                                     **Citizenship:** CALIFORNIA

**Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC  **Entity Type:** LIMITED
            11444 W. OLYMPIC BLVD., 10TH FLOOR                        LIABILITY
            LOS ANGELES, CALIFORNIA 90064                             COMPANY
                                                     **Citizenship:** DELAWARE

            SUN PACIFIC SHIPPERS, L.P.               **Entity Type:** LIMITED
            1601 E. OLYMPIC BLVD. STE 105                             PARTNERSHIP
            LOS ANGELES, CALIFORNIA 90021            **Citizenship:** CALIFORNIA

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
               11444 W. OLYMPIC BLVD., 10TH FLOOR
               LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 07:51 PM

USPTO Assignments on the Web                                    Page 2 of 2

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

USPTO Assignments on the Web                                    Page 1 of 1



## United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

## Total Assignments: 1

**Serial #:** 77622069   **Filing Dt:** 11/25/2008       **Reg #:** 3727426   **Reg. Dt:** 12/22/2009
**Registrant:** Maricopa Packers, L.P.
**Mark:** CUTIES

## Assignment: 1

**Reel/Frame:** 4551/0553   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** MARICOPA PACKERS, L.P. | **Exec Dt:** 05/31/2011 |
| | **Entity Type:** LIMITED PARTNERSHIP |
| | **Citizenship:** CALIFORNIA |

| | |
|---|---|
| **Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC<br>11444 W. OLYMPIC BLVD., 10TH FLOOR<br>LOS ANGELES, CALIFORNIA 90064 | **Entity Type:** LIMITED LIABILITY COMPANY<br>**Citizenship:** DELAWARE |
| SUN PACIFIC SHIPPERS, L.P.<br>1601 E. OLYMPIC BLVD. STE 105<br>LOS ANGELES, CALIFORNIA 90021 | **Entity Type:** LIMITED PARTNERSHIP<br>**Citizenship:** CALIFORNIA |

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:00 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX | SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

USPTO Assignments on the Web

Page 1 of 2



# United States Patent and Trademark Office

Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz alerts | News | Help



## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**

**Serial #:** 76279468 **Filing Dt:** 07/02/2001    **Reg #:** 2618957    **Reg. Dt:** 09/10/2002

**Registrant:** Paramount Citrus Packing Company

**Mark:**

## Assignment: 1

**Reel/Frame:** 4075/0133   **Received:** 10/07/2009   **Recorded:** 10/07/2009   **Pages:** 5

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** PARAMOUNT CITRUS PACKING COMPANY | **Exec Dt:** 10/01/2008 |
| | **Entity Type:** PARTNERSHIP |
| | **Citizenship:** CALIFORNIA |
| **Assignee:** MARICOPA PACKERS, L.P. | **Entity Type:** LIMITED PARTNERSHIP |
| **Composed of:** | **Citizenship:** CALIFORNIA |

COMPOSED OF SARPOA, INC., A DELAWARE CORPORATION AND EVANS AG GP, INC, A NEVADA CORPORATION

11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

## Assignment: 2

**Reel/Frame:** 4551/0553   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7

**Conveyance:** ASSIGNS THE ENTIRE INTEREST

| | |
|---|---|
| **Assignor:** MARICOPA PACKERS, L.P. | **Exec Dt:** 05/31/2011 |
| | **Entity Type:** LIMITED PARTNERSHIP |
| | **Citizenship:** CALIFORNIA |
| **Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC | **Entity Type:** LIMITED LIABILITY COMPANY |
| 11444 W. OLYMPIC BLVD., 10TH FLOOR LOS ANGELES, CALIFORNIA 90064 | **Citizenship:** DELAWARE |
| SUN PACIFIC SHIPPERS, L.P. | **Entity Type:** LIMITED PARTNERSHIP |
| 1601 E. OLYMPIC BLVD. STE 105 LOS ANGELES, CALIFORNIA 90021 | **Citizenship:** CALIFORNIA |

USPTO Assignments on the Web                                    Page 2 of 2

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                  11444 W. OLYMPIC BLVD., 10TH FLOOR
                  LOS ANGELES, CA 90064

                                        Search Results as of: 03/19/2012 08:04 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350.  v.2.3.1
                    Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

USPTO Assignments on the Web                                          Page 1 of 1

 **United States Patent and Trademark Office**
**Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz**
**alerts|News|Help** 

## Assignments on the Web > __Trademark Query__

# Trademark Assignment Abstract of Title

## Total Assignments: 1
 **Serial #:** 77672955   **Filing Dt:** 02/18/2009     **Reg #:** 3756807     **Reg. Dt:** 03/09/2010
**Registrant:** Maricopa Packers L.P.
 **Mark:**
## Assignment: 1
 **Reel/Frame:** 4551/0553   **Received:** 05/31/2011     **Recorded:** 05/31/2011     **Pages:** 7
 **Conveyance:** ASSIGNS THE ENTIRE INTEREST
 **Assignor:** MARICOPA PACKERS, L.P.                     **Exec Dt:** 05/31/2011
                                              **Entity Type:** LIMITED
                                                        PARTNERSHIP
                                              **Citizenship:** CALIFORNIA

 **Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC   **Entity Type:** LIMITED
         11444 W. OLYMPIC BLVD., 10TH FLOOR                   LIABILITY
         LOS ANGELES, CALIFORNIA 90064                        COMPANY
                                              **Citizenship:** DELAWARE

         SUN PACIFIC SHIPPERS, L.P.            **Entity Type:** LIMITED
         1601 E. OLYMPIC BLVD. STE 105                        PARTNERSHIP
         LOS ANGELES, CALIFORNIA 90021         **Citizenship:** CALIFORNIA

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
         11444 W. OLYMPIC BLVD., 10TH FLOOR
         LOS ANGELES, CA 90064

                    Search Results as of: 03/13/2012 03:16 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
                    Web interface last modified: Jan 26, 2012 v.2.3.1

 | .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit B Page 31

 **United States Patent and Trademark Office** 

Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz alerts|News|Help

# Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

## Total Assignments: 2

**Serial #:** 76296711   **Filing Dt:** 08/07/2001   **Reg #:** 2884674   **Reg. Dt:** 09/14/2004
**Registrant:** Paramount Citrus Packing Company
**Mark:** CUTIES CALIFORNIA CLEMENTINES

## Assignment: 1

**Reel/Frame:** 3875/0686   **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** PARAMOUNT CITRUS PACKING COMPANY   **Exec Dt:** 10/01/2008
**Entity Type:** GENERAL PARTNERSHIP
**Citizenship:** CALIFORNIA

**Assignee:** MARICOPA PACKERS, L.P.   **Entity Type:** LIMITED PARTNERSHIP
1601 EAST OLYMPIC BLVD., SUITE 105
LOS ANGELES, CALIFORNIA 90021   **Citizenship:** CALIFORNIA

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

## Assignment: 2

**Reel/Frame:** 4496/0305   **Received:** 03/11/2011   **Recorded:** 03/11/2011   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST

**Assignor:** MARICOPA PACKERS, L.P.   **Exec Dt:** 03/01/2011
**Entity Type:** LIMITED PARTNERSHIP
**Citizenship:** CALIFORNIA

**Assignees:** PARAMOUNT CITRUS PACKING COMPANY, LLC   **Entity Type:** LIMITED LIABILITY COMPANY
11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CALIFORNIA 90064   **Citizenship:** DELAWARE

SUN PACIFIC SHIPPERS, L.P.   **Entity Type:** LIMITED PARTNERSHIP
**Composed of:**
COMPOSED OF EVANS AG GP, INC.,   **Citizenship:** CALIFORNIA
ITS GENERAL PARTNER
1601 E. OLYMPIC BLVD., SUITE 105
LOS ANGELES, CALIFORNIA 90021

**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR

Exhibit B Page 32

USPTO Assignments on the Web

11444 W. OLYMPIC BLVD., 10TH FLOOR
LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:10 PM
If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

Exhibit B Page 33

USPTO Assignments on the Web                                    Page 1 of 2

 **United States Patent and Trademark Office**
Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz
alerts|News|Help 

Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**
**Serial #:** 78969984  **Filing Dt:** 09/08/2006   **Reg #:** 3681626   **Reg. Dt:** 09/08/2009
**Registrant:** MARICOPA PACKERS, L.P.
**Mark:** CUTIES CALIFORNIA CLEMENTINES E Z PEEL S

## Assignment: 1
**Reel/Frame:** 3875/0686   **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** PARAMOUNT CITRUS PACKING COMPANY          **Exec Dt:** 10/01/2008
                                                       **Entity Type:** GENERAL
                                                                        PARTNERSHIP
                                                       **Citizenship:** CALIFORNIA
**Assignee:** MARICOPA PACKERS, L.P.                   **Entity Type:** LIMITED
            1601 EAST OLYMPIC BLVD., SUITE 105                          PARTNERSHIP
            LOS ANGELES, CALIFORNIA 90021              **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                 11444 W. OLYMPIC BLVD., 10TH FLOOR
                 LOS ANGELES, CA 90064

## Assignment: 2
**Reel/Frame:** 4551/0553   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MARICOPA PACKERS, L.P.                   **Exec Dt:** 05/31/2011
                                                       **Entity Type:** LIMITED
                                                                        PARTNERSHIP
                                                       **Citizenship:** CALIFORNIA
**Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC    **Entity Type:** LIMITED
             11444 W. OLYMPIC BLVD., 10TH FLOOR                         LIABILITY
             LOS ANGELES, CALIFORNIA 90064                             COMPANY
                                                       **Citizenship:** DELAWARE
             SUN PACIFIC SHIPPERS, L.P.                **Entity Type:** LIMITED
             1601 E. OLYMPIC BLVD. STE 105                             PARTNERSHIP
             LOS ANGELES, CALIFORNIA 90021             **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                 11444 W. OLYMPIC BLVD., 10TH FLOOR
                 LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:14 PM

USPTO Assignments on the Web                                    Page 2 of 2

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

USPTO Assignments on the Web                                    Page 1 of 2

 **United States Patent and Trademark Office** 
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz
alerts | News | Help

## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**
   **Serial #:** <u>76579351</u>   **Filing Dt:** 03/03/2004   **Reg #:** <u>2969464</u>   **Reg. Dt:** 07/19/2005
**Registrant:** Paramount Citrus Packing Company
      **Mark:** CUTIES CALIFORNIA CLEMENTINES EZ PEEL SE

**Assignment: 1**
   **Reel/Frame:** <u>3875/0686</u>   **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
      **Assignor:** <u>PARAMOUNT CITRUS PACKING COMPANY</u>        **Exec Dt:** 10/01/2008
                                                    **Entity Type:** GENERAL
                                                                     PARTNERSHIP
                                                    **Citizenship:** CALIFORNIA
      **Assignee:** <u>MARICOPA PACKERS, L.P.</u>          **Entity Type:** LIMITED
                    1601 EAST OLYMPIC BLVD., SUITE 105                  PARTNERSHIP
                    LOS ANGELES, CALIFORNIA 90021         **Citizenship:** CALIFORNIA
 **Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                    11444 W. OLYMPIC BLVD., 10TH FLOOR
                    LOS ANGELES, CA 90064

**Assignment: 2**
   **Reel/Frame:** <u>4551/0553</u>   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
   **Conveyance:** ASSIGNS THE ENTIRE INTEREST
      **Assignor:** <u>MARICOPA PACKERS, L.P.</u>          **Exec Dt:** 05/31/2011
                                                    **Entity Type:** LIMITED
                                                                     PARTNERSHIP
                                                    **Citizenship:** CALIFORNIA
     **Assignees:** <u>PARAMOUNT CITRUS PACKING COMPANY LLC</u>  **Entity Type:** LIMITED
                    11444 W. OLYMPIC BLVD., 10TH FLOOR                  LIABILITY
                    LOS ANGELES, CALIFORNIA 90064                      COMPANY
                                                    **Citizenship:** DELAWARE

                    <u>SUN PACIFIC SHIPPERS, L.P.</u>      **Entity Type:** LIMITED
                    1601 E. OLYMPIC BLVD. STE 105                      PARTNERSHIP
                    LOS ANGELES, CALIFORNIA 90021         **Citizenship:** CALIFORNIA
 **Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                    11444 W. OLYMPIC BLVD., 10TH FLOOR
                    LOS ANGELES, CA 90064

                                          Search Results as of: 03/19/2012 08:18 PM

USPTO Assignments on the Web                    Page 2 of 2

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office** 
Home|Site Index|Search|Guides|Contacts|eBusiness|eBiz
alerts|News|Help

## Assignments on the Web > __Trademark Query__

# Trademark Assignment Abstract of Title

## Total Assignments: 2
**Serial #:** 78969972  **Filing Dt:** 09/08/2006      **Reg #:** 3318343      **Reg. Dt:** 10/23/2007
**Registrant:** Paramount Citrus Packing Company
**Mark:** CUTIES CALIFORNIA MANDARINS

## Assignment: 1
**Reel/Frame:** 3875/0686  **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** PARAMOUNT CITRUS PACKING COMPANY         **Exec Dt:** 10/01/2008
                                                     **Entity Type:** GENERAL
                                                                    PARTNERSHIP
                                                     **Citizenship:** CALIFORNIA
**Assignee:** MARICOPA PACKERS, L.P.                  **Entity Type:** LIMITED
        1601 EAST OLYMPIC BLVD., SUITE 105                          PARTNERSHIP
        LOS ANGELES, CALIFORNIA 90021                **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
             11444 W. OLYMPIC BLVD., 10TH FLOOR
             LOS ANGELES, CA 90064

## Assignment: 2
**Reel/Frame:** 4551/0553  **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MARICOPA PACKERS, L.P.                  **Exec Dt:** 05/31/2011
                                                     **Entity Type:** LIMITED
                                                                    PARTNERSHIP
                                                     **Citizenship:** CALIFORNIA
**Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC   **Entity Type:** LIMITED
         11444 W. OLYMPIC BLVD., 10TH FLOOR                        LIABILITY
         LOS ANGELES, CALIFORNIA 90064                             COMPANY
                                                     **Citizenship:** DELAWARE
         SUN PACIFIC SHIPPERS, L.P.                   **Entity Type:** LIMITED
         1601 E. OLYMPIC BLVD. STE 105                             PARTNERSHIP
         LOS ANGELES, CALIFORNIA 90021               **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
             11444 W. OLYMPIC BLVD., 10TH FLOOR
             LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:20 PM

USPTO Assignments on the Web                                    Page 2 of 2

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | eBUSINESS | CONTACT US | PRIVACY STATEMENT

USPTO Assignments on the Web                                    Page 1 of 2

 **United States Patent and Trademark Office**
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz
alerts | News | Help                                     

## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**
**Serial #:** 78969988  **Filing Dt:** 09/08/2006   **Reg #:** 3681627   **Reg. Dt:** 09/08/2009
**Registrant:** MARICOPA PACKERS, L.P.
**Mark:** CUTIES CALIFORNIA MANDARINS E Z PEEL SEE

## Assignment: 1
**Reel/Frame:** 3875/0686   **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** PARAMOUNT CITRUS PACKING COMPANY           **Exec Dt:** 10/01/2008
                                                   **Entity Type:** GENERAL
                                                                    PARTNERSHIP
                                                   **Citizenship:** CALIFORNIA
**Assignee:** MARICOPA PACKERS, L.P.                    **Entity Type:** LIMITED
              1601 EAST OLYMPIC BLVD., SUITE 105                        PARTNERSHIP
              LOS ANGELES, CALIFORNIA 90021            **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                   11444 W. OLYMPIC BLVD., 10TH FLOOR
                   LOS ANGELES, CA 90064

## Assignment: 2
**Reel/Frame:** 4551/0553   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MARICOPA PACKERS, L.P.                    **Exec Dt:** 05/31/2011
                                                   **Entity Type:** LIMITED
                                                                    PARTNERSHIP
                                                   **Citizenship:** CALIFORNIA
**Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC     **Entity Type:** LIMITED
               11444 W. OLYMPIC BLVD., 10TH FLOOR                       LIABILITY
               LOS ANGELES, CALIFORNIA 90064                           COMPANY
                                                   **Citizenship:** DELAWARE
               SUN PACIFIC SHIPPERS, L.P.               **Entity Type:** LIMITED
               1601 E. OLYMPIC BLVD. STE 105                            PARTNERSHIP
               LOS ANGELES, CALIFORNIA 90021           **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
                   11444 W. OLYMPIC BLVD., 10TH FLOOR
                   LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:22 PM

USPTO Assignments on the Web

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

 **United States Patent and Trademark Office** 
Home | Site Index | Search | Guides | Contacts | eBusiness | eBiz
alerts | News | Help

## Assignments on the Web > **Trademark Query**

# Trademark Assignment Abstract of Title

**Total Assignments: 2**
**Serial #:** 78969981   **Filing Dt:** 09/08/2006   **Reg #:** 3681625   **Reg. Dt:** 09/08/2009
**Registrant:** MARICOPA PACKERS, L.P.
**Mark:** CUTIES FROM CALIFORNIA E Z PEEL SEEDLESS

**Assignment: 1**
**Reel/Frame:** 3875/0686   **Received:** 10/23/2008   **Recorded:** 10/23/2008   **Pages:** 5
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** PARAMOUNT CITRUS PACKING COMPANY     **Exec Dt:** 10/01/2008
    **Entity Type:** GENERAL PARTNERSHIP
    **Citizenship:** CALIFORNIA
**Assignee:** MARICOPA PACKERS, L.P.     **Entity Type:** LIMITED PARTNERSHIP
    1601 EAST OLYMPIC BLVD., SUITE 105
    LOS ANGELES, CALIFORNIA 90021     **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

**Assignment: 2**
**Reel/Frame:** 4551/0553   **Received:** 05/31/2011   **Recorded:** 05/31/2011   **Pages:** 7
**Conveyance:** ASSIGNS THE ENTIRE INTEREST
**Assignor:** MARICOPA PACKERS, L.P.     **Exec Dt:** 05/31/2011
    **Entity Type:** LIMITED PARTNERSHIP
    **Citizenship:** CALIFORNIA
**Assignees:** PARAMOUNT CITRUS PACKING COMPANY LLC     **Entity Type:** LIMITED LIABILITY COMPANY
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CALIFORNIA 90064     **Citizenship:** DELAWARE
    SUN PACIFIC SHIPPERS, L.P.     **Entity Type:** LIMITED PARTNERSHIP
    1601 E. OLYMPIC BLVD. STE 105
    LOS ANGELES, CALIFORNIA 90021     **Citizenship:** CALIFORNIA
**Correspondent:** LATUNDA POWELL, TRADEMARK ADMINISTRATOR
    11444 W. OLYMPIC BLVD., 10TH FLOOR
    LOS ANGELES, CA 90064

Search Results as of: 03/19/2012 08:24 PM

USPTO Assignments on the Web

Page 2 of 2

If you have any comments or questions concerning the data displayed, contact PRD / Assignments at 571-272-3350. v.2.3.1
Web interface last modified: Jan 26, 2012 v.2.3.1

| .HOME | INDEX| SEARCH | *e*BUSINESS | CONTACT US | PRIVACY STATEMENT

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Manuel Real and the assigned discovery Magistrate Judge is Ralph Zarefsky.

The case number on all documents filed with the Court should read as follows:

## CV12- 2415 R (RZx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

Unless otherwise ordered, the United States District Judge assigned to this case will hear and determine all discovery related motions.

=================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

AO 440 (Rev. 12/09)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Central   District of California

PARAMOUNT CITRUS PACKING COMPANY LLC a
Delaware Limited Liability Company
_____
*Plaintiff*

v.

CALIFIA FARMS L.P. a California Limited Partnership
and DOES 1 through 10. inclusive.
_____
*Defendant*

)
)
)
)
)
)
)

**CV12-02415** P(PZx)

Civil Action No:

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: CHRISTOPHER VAN GUNDY (SBN 152359, cvangundy@roll.com DANIELLE M. CRIONA (SBN 204074), dcriona@roll.com, MICHAEL M. VASSEGHI (SBN 210737), mvasseghi@roll.com, ROLL LAW GROUP PC, 11444 West Olympic Boulevard, 10th Floor,Los Angeles, California 90064-1557, Telephone: 310-966-8400, Facsimile: 310-966-8810

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: MAR 2 1 2012
_____

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

AO-440

COPY

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)

PARAMOUNT CITRUS PACKING COMPANY LLC a
Delaware Limited Liability Company

**DEFENDANTS**

CALIFIA FARMS L.P. a California Limited
Partnership and DOES 1-10, inclusive

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing
yourself, provide same.)

Christopher Van Gundy (SB#152359)
Michael M. Vasseghi (SB#210737)
Roll Law Group PC
11444 West Olympic Blvd., 10th Floor
Los Angeles, California 90064
310-966-8400

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff  ☒ 3 Federal Question (U.S. Government Not a Party)

☐ 2 U.S. Government Defendant  ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☒ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☒ No     ☐ **MONEY DEMANDED IN COMPLAINT: $** _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

PARAMOUNT CITRUS PACKING COMPANY LLC a Delaware Limited Liability Company,
Plaintiff, vs. CALIFIA FARMS L.P. a California, Limited Partnership and DOES 1
through 10, inclusive

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE/PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☒ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | REAL PROPERTY | | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | REAL PROPERTY | ☐ 210 Land Condemnation | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety/Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | ☐ 220 Foreclosure | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | ☐ 230 Rent Lease & Ejectment | IMMIGRATION | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 240 Torts to Land | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | | ☐ 871 IRS - Third Party 26 USC 7609 |
| | ☐ 245 Tort Product Liability | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | |
| | ☐ 290 All Other Real Property | | | | |

CV12-02415

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).   IDENTICAL CASES:**  Has this action been previously filed in this court and dismissed, remanded or closed?   [X] No   [ ] Yes

If yes, list case number(s): _____

**VIII(b).   RELATED CASES:**  Have any cases been previously filed in this court that are related to the present case?   [X] No   [ ] Yes

If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**

(Check all boxes that apply)   [ ]   A. Arise from the same or closely related transactions, happenings, or events; or

[ ]   B. Call for determination of the same or substantially related or similar questions of law and fact; or

[ ]   C. For other reasons would entail substantial duplication of labor if heard by different judges; or

[ ]   D. Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX.  VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.

[ ]   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.

[ ]   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.

**Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties

Note: In land condemnation cases, use the location of the tract of land involved

**X.  SIGNATURE OF ATTORNEY (OR PRO PER):** _M. Vonegli_   Date **March 20, 2012**

**Notice to Counsel/Parties:**   The CV-71 (JS-44)  Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law.  This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |